IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.     5:21-cv-251

BERINGER COMMERCE, INC. d/b/a
BLUE ACORN iCi,

    Plaintiff,

v.

FIN CAP, INC. d/b/a "BLUEACORN.CO," BLUE ACORN PPP, LLC, BLUE OAK FOREST, LLC, MICHAEL S. COTA, JAMES FLORES, STEPHANIE HOCKRIDGE REIS, and NATHAN REIS,

    Defendants.

**INDEX OF EXHIBITS TO THE VERIFIED COMPLAINT**

**Exhibit A:** Assignment of the Acorn Logo from Blue Acorn, LLC to Plaintiff

**Exhibit B:** Marketing Materials Showing Blue Acorn Brand from 2007 – Present

**Exhibit C:** Blue Acorn iCi Copyright File Wrapper and Blue Acorn iCi Trademark Registration Certificate and Status

**Exhibit D:** Documents Evidencing Plaintiff's Publications and Awards

**Exhibit E:** Defendant Fin Cap's Articles of Incorporation and Trade Name Application; Defendant Blue Acorn PPP's Articles of Incorporation

**Exhibit F:** Customer Complaints Received by Plaintiff and Telephone Logs/Website Activity
    ** *contemporaneously sought to have this exhibit filed under seal.*

**Exhibit G:** Defendants' Advertisements and Websites Showing Use of Infringing Mark

**Exhibit H:** Consumer Complaints Posted Online

**Exhibit I:** April 8, 2021 Cease & Desist Letter

**Exhibit J:** Consumer Complaint Submitted with April 8, 2021 Cease & Desist Letter
*\*\*contemporaneously sought to have this exhibit filed under seal.*

**Exhibit K:** May 12, 2021 Letter to Defendant Fin Cap re Consumer Complaints

**Exhibit L:** Consumer Complaints Submitted with May 12, 2021 Letter to Defendant Fin Cap
*\*\*contemporaneously sought to have this exhibit filed under seal.*

**Exhibit M:** May 17, 2021 Letter to Defendant Fin Cap re Consumer Information

**Exhibit N:** Consumer Information Submitted with May 17, 2021 Letter to Defendant Fin Cap
*\*\* contemporaneously sought to have this exhibit filed under seal.*

**Exhibit O:** May 26, 2021 Cease & Desist Letter