# EXHIBIT G

     Upload     Log in

 **Blue Acorn** Blue Acorn · 2d ago
PPP is ending May 31
♫ Promoted Music



2743

0

Share

## Browse more For You videos

emnikae Kae · 4-24

Get TikTok for desktop

Get TikTok App

Case 5:21-cv-00251-BO   Document 1-8   Filed 06/10/21   Page 2 of 18



https://blueacorn.co/



https://blueppp.net/



https://blueppp.com/



https://ppp.businesswarrior.com/









**blueacorn**
@blueacornco

The easiest way to apply for PPP Funding.
Built by our team of super-smart engineers.
Powered with love to provide fair access to the PPP.

Arizona apply.blueppp.com Joined April 2020

3 Following 944 Followers

Tweets | Tweets & replies | Media | Likes

Pinned Tweet

**blueacorn** @blueacornco · Apr 22

You have waited a long time for your #PPPloans. We know they are vital to your businesses and livelihoods and do not take this lightly. The good news is once SBA-Approved your funds are set aside and secure. You do not have to worry about funds running out.

160 8 42

blueacorn Retweeted

**SBA** @SBAgov · Apr 21

The #PaycheckProtection Program has helped small businesses across America stay open and keep workers employed. Learn how you can apply for a first or second draw PPP loan before the program ends on May 31: sba.gov/ppp

> **Treasury Department** @USTreasury · Apr 21
>
> Like millions of #smallbusiness owners, Tula feared her business wouldn't survive the economic downturn caused by the pandemic. A PPP loan expansion in the #AmericanRescuePlan is helping her business make it to the other side so she can continue serving her community.
>
> (Tula) Nice to meet you as well.
> TULA'S FISH & CHIPS

27 31 50

Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up

Documents Required
1 Day Remaining f PPP Loan Approv
3 Days Remaining for PPP Loan Approval
Who is Eligible

**You might like**

**Dana Smith** @SmithDanaG

**tage** @ulonnaya

**JEYLAN THE GURU** @Jeyvicious

Show more

**What's happening**

COVID-19 · Yesterday
**CDC says fully vaccinated Americans don't need to w mask outside, except in cro settings**
Trending with Joy Reid

Trending in United States
**j*ck**
8,093 Tweets

NFL Trending
**Antonio Brown**
2,140 Tweets

COVID-19 · LIVE
**COVID-19: News and upda North Carolina**

The New York Ti... · 2 h
**Ed Balls Day turns 10. How still funny?**
Trending with Ed Balls

Show more

**Don't miss what's happening**
People on Twitter are the first to know.

Log in



Case 5:21-cv-00251-BO   Document 1-8   Filed 06/10/21   Page 9 of 18



# Instagram

Search   Log In   Sign Up



## blueacornco   Follow

**42** posts   **3,925** followers   **15** following

**blueacorn**
😊 The easiest way to apply for PPP Funding.
🤓 Built by our team of super-smart engineers.
🥰 Powered with love to provide fair access to PPP.
quiz.blueacorn.co



⊞ POSTS   📺 IGTV   👤 TAGGED







Photo by blueacorn on June 29, 2020








Case 5:21-cv-00251-BO   Document 1-8   Filed 06/10/21   Page 12 of 18

     



https://web.archive.org/web/20200506211840/https://blueacorn.co/

Website created as early as May 6, 2020



https://www.facebook.com/blueacornco

Facebook page created April 28, 2020



https://twitter.com/blueacornco

Joined Twitter April 2020, first tweet May 1, 2020



https://www.instagram.com/p/B_p_wKwlK0L/

First Instagram May 1, 2020



https://twitter.com/blueacornco/status/1402325380787212289

**blueacorn** @blueacornco

Our company is not affiliated with @blueacornici. Please do not contact Blue Acorn ICI in connection with your PPP loan. For support please reach out to our Customer Support team https://t.co/gcWB3jF8uO with questions or concerns. As always thank you for your patience.

Twitter | Today at 2:03 PM

