IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION No. 5:21-cv-00251-BO

| | |
|---|---|
| BERINGER COMMERCE, INC. d/b/a BLUE ACORN iCi,<br><br>        Plaintiffs,<br><br>        v.<br><br>FIN CAP, INC. d/b/a "BLUEACORN.CO," BLUE ACORN PPP, LLC, BLUE OAK FOREST, LLC, MICHAEL S. COTA, JAMES FLORES, STEPHANIE HOCKRIDGE REIS, and NATHAN REIS,<br><br>        Defendants. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MICHAEL S. COTA, JAMES FLORES, STEPHANIE HOCKRIDGE REIS, AND NATHAN REIS** <u>**(Fed. R. Civ. P. 41(a)(1)(A)(i))**</u> |

NOW COMES Plaintiff, BERINGER COMMERCE, INC. d/b/a BLUE ACORN iCi, by and through undersigned counsel, and voluntarily dismisses, without prejudice, Defendants MICHAEL S. COTA, JAMES FLORES, STEPHANIE HOCKRIDGE REIS, and NATHAN REIS pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

This the 28th day of July, 2021.

                                     <u>*/s/ Thomas Babel*</u>
                                       Thomas Babel
                                       N.C. State Bar No. 35004
                                       FORREST FIRM, P.C.
                                       101 Grace Street, Suite 101
                                       Wilmington, NC 28401
                                       Phone/Fax: (910) 685-7194
                                       Thomas.Babel@forrestfirm.com
                                       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MICHAEL S. COTA, JAMES FLORES, STEPHANIE HOCKRIDGE REIS, and NATHAN REIS has been filed with the Clerk for the United States District Court, Eastern District of North Carolina, using the electronic filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

This the 28th day of July 2021.

FORREST FIRM, P.C.
Attorney for Plaintiff

*/s/ Thomas Babel*
Thomas Babel
N.C. State Bar No. 35004